THE LAW OFFICES OF JACOB ARONAUER
Jacob Aronauer (9184)
225 Broadway, 3rd Floor
New York, New York 10007
(212) 323-6980
jaronauer@aronauerlaw.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------------X
LUIS LOPEZ, on behalf of himself
and others similarly situated,

                       Plaintiff,

                                            17-cv-07051 (LGS)

   -against-

INDIEFORK HOSPITALITY, LLC,
INDIFORK TIMES SQUARE, LLC,
INDIEFORK WALKER, LLC,
INDIEFORK GOSPEL, LLC d/b/a
CHALK POINT KITCHEN and THE
HANDY LIQUOR BAR, and MATT
LEVINE and ADAM MACIEJEWSKI,
individually,

                       Defendants.
------------------------------------------------------------------------------X

## DECLARATION OF JACOB ARONAUER

I, Jacob Aronauer, declare under penalty of perjury, and pursuant to 28 U.S.C. § 1746, that the following is true and accurate:

1. I make this declaration in support of the FLSA Settlement Agreement in this case.

2. I am personally familiar with the facts discussed herein and attach as exhibits hereto true and correct copies of the documents referenced within.

3. I am the owner of The Law Offices of Jacob Aronauer. This office represents Luis Lopez ("Plaintiff") in the above-captioned action.

4. I received my J.D. from Suffolk Law School in 2005 and started my law firm in January 2013.

5. I specialize in employment law. Approximately 85% of my cases are wage and hour cases brought under the Fair Labor Standards Act ("FLSA") and the New York Labor Law ("NYLL").

6. When I initially began my practice in 2013, I only represented plaintiffs in matters under the FLSA and NYLL. Beginning in 2016, my office began to represent small businesses that are sued under the FLSA. My hourly rate is $295 an hour and my paralegals (Sian Ricketts, Karin Weston, and Angelica Webber) charge $150 an hour.

7. In the course of my legal career I have worked on approximately 50 FLSA cases.

8. On September 15, 2017, Plaintiff filed a complaint in this action. This lawsuit was filed as a FLSA Collective Action.

9. Attached hereto as Exhibit A is a true and correct copy of the time records and expense report kept by The Law Offices of Jacob Aronauer in connection with this matter.

10. I gave the office manager in my suite $80 to serve the individual defendants in this action. I served the five separate companies through a process serving company I use in Albany, New York. It cost my firm $65 for each company. Thus, my firm laid out $405 to serve the Defendants (I withdrew, without prejudice, one of the corporate Defendants shortly after this action was filed).

11. In my professional opinion, all of the time billed was necessary.

12. In determining whether my legal fee is appropriate I ask that the Court take into consideration that in some cases I have to spend a significant amount of time to

        obtain a recovery on behalf of a client, and therefore end up with a low hourly rate. *See Garcia v. Bad Horse Pizza, et al.*, 14-cv-8858 (WHP). I also unfortunately had an incident where the Defendants offered my client currency behind my back in an effort to eliminate having to pay my client's attorney fees. Thus, I ended up losing both time and money. *See Santos v. ET&K Foods Inc. et al.*, 16-cv-07107 (DLI) (VMS).

13.    Other times, if a case is resolved shortly after the commencement of an action, I admittedly end up with a relatively large hourly rate.

14.    I would like to think that my ability to press this case played a role in obtaining a quick resolution. As this Court is aware, I identified other individuals who possibly were not being paid in compliance with the FLSA and quickly sought permission to move for conditional certification (dkt 11). Shortly thereafter, the case settled.

15.    Courts in the SDNY have frequently held that an attorney receiving 1/3 of the settlement proceeds in a FLSA case is permissible after Plaintiff's counsel provides their attorney fees and expenses. *See Run Guo Zhang v. Lin Kumo Japanese Rest. Inc.*, 2015 WL 5122530, at *4 (S.D.N.Y. Aug. 31, 2015); *see also Escobar V. Fresno Gourmet Deli Corp.*, 2016 U.S. Dist. LEXIS 166811, at *12-13 (S.D.N.Y. Dec. 2, 2016). Here, I am seeking slightly less than 1/3 of my attorney fees.

Dated: November 14, 2017
New York, New York

                            **THE LAW OFFICES OF JACOB ARONAUER**

                            Jacob Aronauer
                            225 Broadway, 3rd Floor
                            New York, NY 10007
                            (212) 323-6980
                            *Attorney for Plaintiff*

## Law Offices of Jacob Aronauer

225 Broadway, 3rd Floor
New York, New York 10007
Phone: (212) 323-6980

**INVOICE**

Invoice # 60
Date: 11/14/2017
Due On: 12/14/2017

Luis Gonzalo Lopez Campos
95-11 40th Rd, 2nd Floor

Elmhurst, New York 11373

### 00167-Lopez

### Lopez v. Chalk Point Kitchen

| Type | Date | Notes | Quantity | Rate | Total |
|---|---|---|---|---|---|
| Service | 09/14/2017 | Attorney Fees: Initial meeting with client. | 1.30 | $295.00 | $383.50 |
| Service | 09/15/2017 | Paralegal Fees - Angelica: Drafting complaint | 3.00 | $150.00 | $450.00 |
| Service | 09/15/2017 | Attorney Fees: Edit and draft complaint. | 2.10 | $295.00 | $619.50 |
| Expense | 09/15/2017 | Reimbursable expense: Filing Fee. | 1.00 | $400.00 | $400.00 |
| Expense | 09/15/2017 | Reimbursable expense: Service on individual Defendants. | 1.00 | $80.00 | $80.00 |
| Expense | 09/15/2017 | Reimbursable expense: Service on corporate defendants. | 1.00 | $325.00 | $325.00 |
| Service | 09/18/2017 | Paralegal Fees - Angelica: Summons for Individual Defendants | 0.50 | $150.00 | $75.00 |
| Service | 09/18/2017 | Paralegal Fees - Angelica: Spread Sheet | 2.00 | $150.00 | $300.00 |
| Service | 09/18/2017 | Paralegal Fees - Sian: Fedexed summons and complaint to individual defendants; drafted affirmations of service | 0.51 | $150.00 | $76.50 |
| Service | 09/18/2017 | Attorney Fees: Discussion with paralegal in re service on Defendants; work with process server to serve individual Defendants. File papers related to service on Defendants. | 0.20 | $295.00 | $59.00 |
| Service | 09/19/2017 | Paralegal Fees - Angelica: Drafting first set of document requests and interrogatories to defendants. | 1.50 | $150.00 | $225.00 |
| Service | 09/20/2017 | Paralegal Fees - Angelica: Drafting document requests and interrogatories. | 1.00 | $150.00 | $150.00 |
| Service | 09/27/2017 | Paralegal Fees - Sian: prepare and mail summons and complaints for corporate defendants | 0.50 | $150.00 | $75.00 |

DRAFT

| | | | | | |
|---|---|---|---|---|---|
| Service | 09/29/2017 | Paralegal Fees - Angelica: Sending notice to Defendants of conference's date with the Court. | 1.00 | $150.00 | $150.00 |
| Service | 10/10/2017 | Paralegal Fees - Karin: Worked on letter requesting pre-motion conference and declaration | 1.80 | $150.00 | $270.00 |
| Service | 10/10/2017 | Attorney Fees: Review voice mail from opposing counsel; sent e-mail to opposing counsel in re status of case; reviewed letter to Court in re extension; submitted response letter. | 0.50 | $295.00 | $147.50 |
| Service | 10/11/2017 | Paralegal Fees - Karin: Worked on letter requesting pre-motion conference | 0.67 | $150.00 | $100.50 |
| Service | 10/12/2017 | Paralegal Fees - Karin: Worked on Declaration, met with Lopez, started editing Mother May I letter. | 1.80 | $150.00 | $270.00 |
| Service | 10/12/2017 | Attorney Fees: Draft letter to Court requesting permission to move for conditional certification. | 1.90 | $295.00 | $560.50 |
| Service | 10/16/2017 | Paralegal Fees - Angelica: Drafting a cover letter and sending out mother letter for conditional certification to defendants. | 0.50 | $150.00 | $75.00 |
| Service | 10/16/2017 | Attorney Fees: Settlement discussions with opposing counsel and client. | 0.30 | $295.00 | $88.50 |
| Service | 10/18/2017 | Paralegal Fees - Angelica: Drafting the settlement agreement. | 3.00 | $150.00 | $450.00 |
| Service | 10/19/2017 | Paralegal Fees - Angelica: Edits in the settlement agreement. | 0.17 | $150.00 | $25.50 |
| Service | 10/20/2017 | Attorney Fees: Settlement phone call with opposing counsel and client. | 0.20 | $295.00 | $59.00 |
| Service | 10/25/2017 | Attorney Fees: Draft settlement agreement and letter requesting settlement. | 2.50 | $295.00 | $737.50 |
| Service | 10/31/2017 | Attorney Fees: Review opposing counsel's edits to settlement agreement and phone call with opposing counsel. | 0.40 | $295.00 | $118.00 |
| Service | 11/03/2017 | Attorney Fees: Review settlement agreement and finalize it. | 0.40 | $295.00 | $118.00 |
| Service | 11/13/2017 | Paralegal Fees - Karin: Started drafting declaration to go with submission of attorneys' and paralegals' hours | 0.30 | $150.00 | $45.00 |
| Service | 11/14/2017 | Attorney Fees: Edit my declaration and review invoice for Court. | 0.80 | $295.00 | $236.00 |

| | | |
|---|---|---|
| | **Total** | **$6,669.50** |

## Detailed Statement of Account

**Current Invoice**

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 60 | 12/14/2017 | $6,669.50 | $0.00 | $6,669.50 |
| | | | Outstanding Balance | $6,669.50 |
| | | | Total Amount Outstanding | $6,669.50 |

Please make all amounts payable to: Law Offices of Jacob Aronauer

Please pay within 30 days.